IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> PILLOWTEX CORPORATION, et al., <br><br> Debtors. | Jointly Administered <br> Case No. 03-12339 (PJW) <br><br> Chapter 11 |
| PILLOWTEX CORPORATION and <br> FIELDCREST CANNON, INC. <br><br> Plaintiff, <br><br> v. <br><br> BOSCOV'S, INC. and <br> BOSCOV'S DEPARTMENT STORE, LLC, <br><br> Defendants. | Adv. Proc. No. 06-50805 |

**ORDER WITHDRAWING THE REFERENCE OF THIS**
**ADVERSARY PROCEEDING TO THE BANKRUPTCY COURT**

AND NOW, this 12th day of Oct., 2006, upon consideration of the Motion (the "Motion") of Defendants to Withdraw the Reference of this Adversary Proceeding to the Bankruptcy Court, and the Court being advised that the Bankruptcy Court has granted Defendants' Motion for a Determination By the Bankruptcy Court that this Adversary Proceeding is a Non-Core Matter and has determined that the claims asserted in the Plaintiffs' complaint are all non-core claims, and it appearing that the Defendants have made a timely demand for a jury trial and will not consent to the Bankruptcy Court holding a jury trial, IT IS THEREBY ORDERED that the Motion is granted, and it is further

1

SL1 660314v1/001857.00080

ORDERED, that the reference of this adversary proceeding to the Bankruptcy Court is hereby withdrawn and this adversary proceeding shall be transferred to the District Court for further proceedings.

_____
United States District Judge

FILED

OCT 1 3 2006

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

2

SL1 660314v1/001857.00080