IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>PILLOWTEX CORPORATION, et al.,<br><br>Debtors. | : Jointly Administered<br>: Case No. 03-12339 (PJW)<br>:<br>: Chapter 11<br>:<br>: |
| PILLOWTEX CORPORATION and<br>FIELDCREST CANNON, INC.<br><br>Plaintiffs,<br><br>v.<br><br>BOSCOV'S, INC. and<br>BOSCOV'S DEPARTMENT STORE, LLC,<br><br>Defendants. | :<br>:<br>:<br>:<br>:<br>: C.A. No. 06-615 (GMS)<br>:<br>:<br>:<br>:<br>:<br>: |

**MOTION OF THE DEFENDANTS TO TRANSFER VENUE
TO THE UNITED STATES DISTRICT COURT FOR THE EASTERN
DISTRICT OF PENNSYLVANIA, READING DIVISION PURSUANT TO 28 U.S.C.
§ 1412 AND FEDERAL RULE OF BANKRUPTCY PROCEDURE 7087**

Defendants Boscov's, Inc. ("**Parent Company**") and Boscov's Department Store, LLC ("**Boscov's**") and together with the Parent Company (the "**Defendants**"), for the convenience of the parties and the Court and in the interests of justice, hereby requests pursuant to 28 U.S.C. § 1412 and Federal Rule of Bankruptcy Procedure 7087 that the Court enter an order transferring venue of this adversary proceeding to the United States District Court for the Eastern District of Pennsylvania, Reading Division. The

SL1 670314v1/001857.00080

grounds for this Motion are set forth in *Defendants' Opening Brief in Support of Their Motion to Transfer Venue.*

WHEREFORE, Defendants respectfully request that the Court transfer the venue of this adversary proceeding to the United States District Court for the Eastern District of Pennsylvania, Reading Division.

Dated: October 18, 2006

    STEVENS & LEE, P.C.

    /s/ Thomas G. Whalen, Jr.
    _____
    Joseph Grey (No. 2358)
    Thomas G. Whalen, Jr. (No. 4034)
    1105 North Market Street, 7th Floor
    Wilmington, DE 19801
    Telephone: (302) 654-5180
    Telecopier: (302) 654-5181
    E-mail: jg@stevenslee.com
           tgw@stevenslee.com

    - and -

    Steven J. Adams, Esquire
    (Member of PA Bar)
    111 N. Sixth Street
    P.O. Box 679
    Telephone: (610) 478-2133
    Telecopier: (610) 988-0841
    E-mail: sja@stevenslee.com

    *Attorneys for Boscov's, Inc. and Boscov's Department Store, LLC*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> PILLOWTEX CORPORATION, et al., <br><br> Debtors. | Jointly Administered <br> Case No. 03-12339 (PJW) <br><br> Chapter 11 |
| PILLOWTEX CORPORATION and <br> FIELDCREST CANNON, INC. <br><br> Plaintiffs, <br><br> v. <br><br> BOSCOV'S, INC. and <br> BOSCOV'S DEPARTMENT STORE, LLC, <br><br> Defendants. | C.A. No. 06-615 (GMS) |

**ORDER GRANTING MOTION OF THE DEFENDANTS
TO TRANSFER VENUE PURSUANT TO 28 U.S.C. § 1412
AND FEDERAL RULE OF BANKRUPTCY PROCEDURE 7087**

AND NOW, this ____ day of _____, 2006, upon consideration of the *Motion of the Defendant to Transfer Venue Pursuant to Transfer Venue Pursuant to 28 U.S.C. § 1412 and Federal Rule of Bankruptcy Procedure 7087* (the **"Motion"**), and the Court having found that notice of the Motion to the Plaintiff was proper and sufficient, and the Court having found that the relief requested in the Motion is just and proper pursuant to 28 U.S.C. § 1412 and Federal Rule of Bankruptcy Procedure 7087, it is hereby

SL1 670314v1/001857.00080

ORDERED that the Motion is GRANTED; and it is further

ORDERED that venue of this adversary proceeding shall be, and hereby is, transferred to the United States District Court for the Eastern District of Pennsylvania, Reading Division (the "Pennsylvania Court"); and it is further

ORDERED that the Clerk of the Court shall take all necessary steps to effectuate the transfer of this adversary proceeding to the Pennsylvania Court.

BY THE COURT

_____
Hon. Gregory M. Sleet
United States District Court Judge

## CERTIFICATE OF SERVICE

Thomas G. Whalen, Jr., hereby certifies that on October 18, 2006, a true and correct copy of the foregoing *Motion of the Defendants to Transfer Venue to the United States District Court for the Eastern District of Pennsylvania, Reading Division Pursuant to 28 U.S.C. § 1412 and Federal Rule of Bankruptcy Procedure 7087* was served on the parties listed below via hand delivery or United States First Class Mail, postage pre-paid:

William H. Sudell, Jr., Esq.
Gilbert R. Saydah, Jr., Esq.
Margaret E. Juliano, Esq.
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899-1347

Michael E. Wiles, Esq.
Suzanne M. Grosso, Esq.
Julie M. Calderon, Esq.
Debevoise & Plimpton LLP
919 Third Avenue
New York, NY  10022

/s/ *Thomas G. Whalen, Jr.*
Thomas G. Whalen, Jr.

SL1 674355v1/001857.00080