IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>PILLOWTEX CORPORATION, et al.,<br><br>    Debtors.<br><br>PILLOWTEX CORP. and<br>FIELDCREST CANNON, INC.,<br><br>    Plaintiffs,<br><br>v.<br><br>BOSCOV'S, INC. and BOSCOV'S DEPARTMENT STORE, LLC,<br><br>    Defendants. | Chapter 11<br><br>Bankruptcy No. 03-12339 (PJW)<br><br><br><br><br>C.A. No. 06-615 (GMS) |

## STIPULATION AND ORDER

WHEREAS, Boscov's Inc. and Boscov's Department Store, LLC (collectively, "Defendants") have filed a Motion to Transfer Venue to the United States District Court for the Eastern District of Pennsylvania, Reading Division Pursuant to 28 U.S.C. § 1412 and Federal Rule of Bankruptcy Procedure 7087 (D.I. 6 and 7) ("Motion") seeking an order of the Court transferring of venue of the above-captioned action; and

WHEREAS, pursuant to D. Del. LR 7.1.2, Plaintiffs' answering brief in response to the Motion is currently due to be served and filed on October 31, 2006; and

WHEREAS, Plaintiffs have requested an additional ten business days within which to respond to the Motion for the purpose of locating and reviewing documents relating to their business dealings with the Defendants that may be germane to the consideration of the Motion; and

WHEREAS, Defendants have agreed to Plaintiffs' request for an extension of time and Plaintiffs agree to extend the time in which Defendants have to file a reply to the Plaintiffs' response to December 1, 2006;

IT IS HEREBY STIPULATED AND AGREED by and among counsel for the parties subject to the approval of the Court, that the date by which Plaintiffs may file their response the Motion is extended to and including November 14, 2006.

| | |
|---|---|
| MORRIS NICHOLS ARSHT & TUNNELL LLP | STEVENS & LEE, P.C. |
| /s/ (signature) | /s/ Thomas G. Whalen |
| Donna L. Culver, (No. 2983) | Thomas G. Whalen, Jr. (No. 4034). |
| Margaret E. Juliano (No. 4722) | 1105 North Market Street, 7th Floor |
| 1201 N. Market Street | Wilmington, DE 19801 |
| P.O. Box 1347 | (302) 425-3304 |
| Wilmington, DE 19899 | tgw@stevenslee.com |
| (302) 658-9200 | |
| mjuliano@mnat.com | Steven J. Adams, |
| | 111 N. Sixth Street |
| | P.O. Box 679 |
| | Reading, PA 19603 |
| | (610) 478-2133 |
| | sja@stevenslee.com |

SO ORDERED this ___ day of _____, 2006.

_____
UNITED STATES DISTRICT JUDGE