IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>PILLOWTEX CORPORATION, et al.,<br><br>　　　　Debtors.<br><br><br>PILLOWTEX CORP. and<br>FIELDCREST CANNON, INC.,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>BOSCOV'S, INC. and BOSCOV'S DEPARTMENT STORE, LLC,<br><br>　　　　Defendants. | :　Chapter 11<br>:<br>:　Bankruptcy No. 03-12339 (PJW)<br>:<br>:<br>:<br>:<br>:<br>:　C.A. No. 06-615 (GMS)<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## STIPULATION AND ORDER

　　　　WHEREAS, Boscov's Inc. and Boscov's Department Store, LLC (collectively, "Defendants") have filed a Motion to Transfer Venue to the United States District Court for the Eastern District of Pennsylvania, Reading Division Pursuant to 28 U.S.C. § 1412 and Federal Rule of Bankruptcy Procedure 7087 (D.I. 6 and 7) ("Motion") seeking an order of the Court transferring the above-captioned action to the United States District Court for the Eastern District of Pennsylvania (Reading Division); and

　　　　WHEREAS, Plaintiffs have determined not to contest the relief sought in the Motion and have agreed to stipulate to transfer the case to the United States District Court for the Eastern District of Pennsylvania (Reading Division);

　　　　IT IS HEREBY STIPULATED AND AGREED by and among counsel for the parties, subject to the approval of the Court, that venue of the above-captioned action is hereby

transferred to the United States District Court for the Eastern District of Pennsylvania (Reading Division).

| MORRIS NICHOLS ARSHT & TUNNELL LLP | STEVENS & LEE, P.C. |
|---|---|
| */s/ Donna L. Culver* | */s/ Thomas G. Whalen, Jr.* |
| Donna L. Culver, (No. 2983) | Thomas G. Whalen, Jr. (No. 4034) |
| Margaret E. Juliano (No. 4722) | 1105 North Market Street, 7th Floor |
| 1201 N. Market Street | Wilmington, DE 19801 |
| P.O. Box 1347 | (302) 425-3304 |
| Wilmington, DE 19899 | tgw@stevenslee.com |
| (302) 658-9200 | |
| dculver@mnat.com | Steven J. Adams, Esq. |
| | 111 N. Sixth Street |
| | P.O. Box 679 |
| | Reading, PA 19603 |
| | (610) 478-2133 |
| | sja@stevenslee.com |

SO ORDERED this ___ day of _____, 2006.

_____
UNITED STATES DISTRICT JUDGE