OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

November 27, 2006

United States District Court
Eastern District of Pennsylvania
Office of the Clerk of Court
U.S. Courthouse
601 Market Street, Room 2609
Philadelphia, PA 19106-1797

      RE:   Pillowtex Corp. V. Boscov's, Inc., et al.
             Civil Action No. 06-615 (GMS)

Dear Clerk:

    Pursuant to an order transferring the above captioned case to your Court, enclosed please find the following items:

(✓)  Certified copy of the docket sheet
(✓)  Certified copy of the Order of Transfer

    Please note that the electronic case filings can be accessed through PACER by selecting the CM/ECF link on our web site at www.ded.uscourts.gov.

    Please acknowledge receipt of the above items on the attached copy of this letter.

                                   Sincerely,

                                   Peter T. Dalleo, Clerk of Court

                                   By: *Mane McDavid*
                                          Deputy Clerk

Enc.

I hereby acknowledge receipt of the above listed items on _____.

_____
**Signature**