

OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

November 27, 2006

06 -5237

United States District Court
Eastern District of Pennsylvania
Office of the Clerk of Court
U.S. Courthouse
601 Market Street, Room 2609
Philadelphia, PA 19106-1797

    RE:  Pillowtex Corp. V. Boscov's, Inc., et al.
          Civil Action No. 06-615 (GMS)

Dear Clerk:

Pursuant to an order transferring the above captioned case to your Court, enclosed please find the following items:

(✓) Certified copy of the docket sheet
(✓) Certified copy of the Order of Transfer

Please note that the electronic case filings can be accessed through PACER by selecting the CM/ECF link on our web site at www.ded.uscourts.gov.

Please acknowledge receipt of the above items on the attached copy of this letter.

Sincerely,

Peter T. Dalleo, Clerk of Court

By /s/ Maun McDavid
Deputy Clerk

Enc.

I hereby acknowledge receipt of the above listed items on   NOV 29 2006.

/s/ Steve Tomas
**Signature**